**FILED**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

APR 04 2011

Clerk, U.S. District and
Bankruptcy Co

IN RE

JOHNNY A. & MARIA F. MOORE        : Chapter 13 Case No.: 10-00515
   Debtors

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS PURSUANT TO**
**11 U.S.C. §347(a) AND BANKRUPTCY RULE 3011**

Comes now Cynthia A. Niklas, Esquire, Chapter 13 Trustee, and pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011, reports that a stop pay order has been entered on the following check(s) remaining unpaid over ninety (90) days after final distribution:

Johnny A. & Maria F. Moore          check #324243
1108 44th Place SE              amount $187.50
Washington, DC  20019

The Trustee accordingly requests that check #326030 in the amount of $187.50, payable to the Clerk, U.S. Bankruptcy Court representing said unclaimed funds be deposited into the Registry of the Court and disposed of under 28 U.S.C. §129.

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas #193367
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016-4623

ATTORNEY AT LAW
CYNTHIA A. NIKLAS
CHAPTER 13 TRUSTEE
DISTRICT OF COLUMBIA

SUITE 211
4545 FORTY-SECOND ST, N W
WASHINGTON, D C
20016-4623
(202) 362 8500
FAX (202) 362-3487

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2011, a copy of the foregoing Report of Unclaimed Funds was mailed, postage prepaid, to said payee at the above-stated address.

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas